

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2014

No. 04-13-00441-CV

**RIO GRANDE H2O GUARDIAN** and Albert Furney Muller, Jr.,
Appellants

v.

**ROBERT MULLER FAMILY PARTNERSHIP LTD**, DBA Robert Muller LTD and Rosetta
Stone, LLC,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2013CVQ001860D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Motions for Rehearing
and Hearing En Banc is GRANTED. Time is extended to February 27, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 19th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court